**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1199**

In the Matter of                                          Case Number:

GENERAL ELECTRIC CAPITAL CORPORATION
Plaintiff
v.
JAMES S. KOENIG, an individual, and ASSET
REAL ESTATE & INVESTMENT COMPANY, a
California corporation
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GENERAL ELECTRIC CAPITAL CORPORATION

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print)<br>Timothy J. Rivelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy J. Rivelli | |
| FIRM<br>WINSTON & STRAWN LLP | |
| STREET ADDRESS<br>35 W. Wacker Drive, Suite 4200 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3124639 | TELEPHONE  NUMBER<br>(312) 558-5600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐