IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> JAMES S. KOENIG, an individual, and ASSET REAL ESTATE & INVESTMENT COMPANY, a California corporation, <br><br> Defendants. | Case No. _____ |

**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1199**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

### LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF GENERAL ELECTRIC CAPITAL CORPORATION

Pursuant to Rule 3.2 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff General Electric Capital Corporation ("GECC") (private non-governmental party) hereby certifies that General Electric Capital Services, Inc. owns 5% or more of GECC's stock, and that General Electric Company owns 5% or more of General Electric Capital Services, Inc.'s stock

Dated: February 27, 2008       Respectfully submitted,

                                GENERAL ELECTRIC CAPITAL CORPORATION


                                By: _____/s/ Timothy J. Rivelli_____
                                        One of its Attorneys

WINSTON & STRAWN LLP
Timothy J. Rivelli
trivelli@winston.com
35 West Wacker Drive
Chicago, Illinois 60601-9703
Phone: (312) 558-5600
Facsimile: (312) 558-5700

1