AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GENERAL ELECTRIC CAPITAL
CORPORATION,
        Plaintiff

V.

JAMES S. KOENIG, an individual, and ASSET
REAL ESTATE & INVESTMENT
COMPANY, a California corporation,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 08 C 1199

**JUDGE LEFKOW
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Mr. James S. Koenig
443 Redcliff Drive
Suite 100
Redding, California  96002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Rivelli
WINSTON & STRAWN LLP
35 W. Wacker Drive, Suite 4200
Chicago, Illinois  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

Michael W. Dobbins, Clerk

_____
**(By) DEPUTY CLERK**

**February 28, 2008**
----------------------------------------
**Date**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| : WINSTON & STRAWN LLP<br>: Timothy J. Rivelli, Esq.<br>: 35 West Wacker Drive, Suite 4200<br>: Chicago, Illinois 60601<br>:<br>Telephone No: (312) 558-5600 | | |

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

**Insert name of Court, and Judicial District and Branch Court:**

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF ILLINOIS

Plaintiff: GENERAL ELECTRIC CAPITAL CORPORATION

Defendant: JAMES S. KOENIG, AN INDIVIDUAL, ET AL

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 C 1199 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; ATTORNEY APPEARANCE FORM;LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF; COMPLAINT

3. a. *Party served:*      JAMES S. KOENIG, AN INDIVIDUAL
   b. *Person served:*    party in item 3.a., White, Male, 50 Years Old, Bald, 5 Feet 6 Inches, 200 Pounds

4. *Address where the party was served:*    250 HEMSTED STREET, SUITE #200
                                          REDDING, CA 96002

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 04, 2008 (2) at: 10:20AM

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRIS JACOBSEN                  d. *The Fee* for Service was:
   b. **ACE MESSENGER AND ATTORNEY SERVICE, INC.** e. I am: Exempt from registration under B&B 22350(b)
        811 WILSHIRE BOULEVARD, SUITE 900
        LOS ANGELES, CA 90017
   c. 213-623-3979

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue., Mar. 04, 2008

Judicial Council Form                  PROOF OF SERVICE                     (CHRIS JACOBSEN)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE                               ace.7474