IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1199 |
| v. | ) ) | Judge Lefkow |
| JAMES S. KOENIG, an individual, and ASSET REAL ESTATE & INVESTMENT COMPANY, a California corporation, | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 17, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Lefkow, or any judge sitting in her stead, in courtroom 1925 at the Everett McKinley Dirksen Building, United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present Koenig and Asset's Unopposed Motion for Second Extension of Time to Respond to the Complaint, a copy of which is attached and hereby served upon you.

JAMES S. KOENIG and ASSET REAL ESTATE & INVESTMENT COMPANY,

By: __s/ Sharilee K. Smentek__
One of Its Attorneys

Michael R. Turoff (ARDC # 02870258)
Sharilee K. Smentek (ARDC # 6277773)
ARNSTEIN & LEHR LLP
Attorneys for Defendants
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

8081973.1
33982-0001

## CERTIFICATE OF SERVICE

Sharilee K. Smentek, an attorney, certifies that she served the foregoing Notice of Motion on the party listed below on April 14, 2008:

Timothy J. Rivelli
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

via email notification served by the CM/ECF system.

s/ Sharilee K. Smentek

8081973.1
33982-0001