**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1199 |
| v. | ) ) | Judge Lefkow |
| JAMES S. KOENIG, an individual, and ASSET REAL ESTATE & INVESTMENT COMPANY, a California corporation, | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on **May 8, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Lefkow, or any judge sitting in her stead, in courtroom 1925 at the Everett McKinley Dirksen Building, United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint, a copy of which is attached and hereby served upon you.

                            JAMES S. KOENIG and ASSET REAL ESTATE & INVESTMENT COMPANY,

                            By:   s/ Jeffrey D. Pilgrim
                                  One of Its Attorneys

Michael R. Turoff (ARDC # 02870258)
Jeffrey D. Pilgrim (ARDC # 6270435)
Sharilee K. Smentek (ARDC # 6277773)
ARNSTEIN & LEHR LLP
Attorneys for Defendants
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

## **CERTIFICATE OF SERVICE**

      Jeffrey D. Pilgrim, an attorney, certifies that on April 29, 2008, he electronically filed the foregoing **Notice of Motion** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy J. Rivelli
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
trivelli@winston.com

                                                                             s/ Jeffrey D. Pilgrim