## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1199 |
| v. | ) ) | Judge Lefkow |
| JAMES S. KOENIG, an individual, and ASSET REAL ESTATE & INVESTMENT COMPANY, a California corporation, | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## AMENDED NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on **June 10, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Lefkow, or any judge sitting in her stead, in courtroom 1925 at the Everett McKinley Dirksen Building, United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present **Defendants' Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint** (Docket No. 23), a copy of which was previously served upon you.

JAMES S. KOENIG and ASSET REAL ESTATE & INVESTMENT COMPANY,

By:    s/ Jeffrey D. Pilgrim
         One of their Attorneys

Michael R. Turoff (ARDC # 02870258)
Jeffrey D. Pilgrim (ARDC # 6270435)
ARNSTEIN & LEHR LLP
Attorneys for Defendants
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

## CERTIFICATE OF SERVICE

Jeffrey D. Pilgrim, an attorney, certifies that on June 3, 2008, he electronically filed the foregoing **Amended Notice of Agreed Motion** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Timothy J. Rivelli
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
trivelli@winston.com

s/ Jeffrey D. Pilgrim