# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

General Electric Capital Corporation

                        Plaintiff,

v.                                        Case No.: 1:08−cv−01199

                                        Honorable Joan H. Lefkow

James Koenig, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/15/2008 and continued to 7/31/2008 at 10:00 AM. Defendant's motion for extension of time to 7/31/2008 to answer or otherwise plead is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.