**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

General Electric Capital Corporation
          Plaintiff,

v.                  Case No.: 1:08–cv–01199
                  Honorable Joan H. Lefkow

James Koenig, et al.
          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/31/2008 and continued to 9/2/2008 at 10:00 AM. Defendant to answer or otherwise plead by 9/2/2008.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.